**GLANCY PRONGAY & MURRAY LLP**
KEVIN F. RUF (#136901)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.S., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:24-cv-1190-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff A.S, hereby voluntarily dismisses their claims in the above-captioned action, without prejudice and without fees or costs to any party, against all Defendants.

DATED: May 30, 2024

Respectfully Submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Kevin F. Ruf*
KEVIN F. RUF (#136901)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

|   |   |
|---|---|
| 1 | |
| 2 | **GLANCY PRONGAY & MURRAY LLP** |
|   | Brian P. Murray |
| 3 | 230 Park Avenue, Suite 358 |
|   | New York, NY 10169 |
| 4 | Tel: (212) 682-5340 |
|   | Fax: (212) 884-0988 |
| 5 | bmurray@glancylaw.com |

**GLANCY PRONGAY & MURRAY LLP**
Brian P. Murray
230 Park Avenue, Suite 358
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
bmurray@glancylaw.com

**LAW OFFICE OF PAUL C. WHALEN**
Paul C. Whalen
768 Plandome Road
Manhasset, NY 11030
Tel: (516) 426-6870
pcwhalen@gmail.com

*Counsel for Plaintiff*

Case No. 24-cv-1190-VC
NOTICE OF VOLUNTARY DISMISSAL.

## **PROOF OF SERVICE**

I hereby certify that on this 30th day of May, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Kevin F. Ruf*
Kevin F. Ruf
